**Seymour WINUK (Individually as the father of Glenn Winuk, deceased), Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

No. 2007–5158.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2008.

ON MOTION

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.